Argued and submitted September 29, affirmed October 18, 2000

## STATE OF OREGON,
*Respondent,*

*v.*

## LOREN MACNAB,
*Appellant.*

(CM9721537; CA A103792)

13 P3d 167

Andy Simrin, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Robert B. Rocklin, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong, Judge, and Ceniceros, Senior Judge.

PER CURIAM

Affirmed. *State v. Mathews*, 159 Or App 580, 978 P2d 423 (1999).